# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-2012
Lower Tribunal No. 2011-CF-007973-A-O

———————————————

SIDNEY ABRAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

July 3, 2024

PER CURIAM.

AFFIRMED. *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

SMITH, BROWNLEE and GANNAM, JJ., concur.

Sidney Abrams, Miami, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED